Wilson
v.
Tiffany.

FIELD and SMYTH *vs.* GOODMAN.

*Matter of defence arising after issue joined, intermediate the term and the circuit, must be plead at the circuit. A plea puis darrien under such circumstances, cannot be served in vacation.*

---

WILSON and another *vs.* TIFFANY.

*It is irregular to serve a copy of an affidavit on which a motion is to be founded, previous to its being sworn to.*

SERVICE of papers on motions. In this case, notice of a motion for a commission to examine witnesses was given. From the jurat to the affidavits produced to the court, it appeared that it was sworn to subsequent to the time of service of what purported to be a copy on the opposite party. This was objected to as irregular, and so held by the court, who said that though, under the circumstances of this case, they

would grant the motion, such objection, in any case subse- <span style="float:right">ALBANY,<br>October, 1829.</span>
quently arising, would be sustained.*

_Hatch & Cambreling_, for the motion.

J. R. Van Duzer, contra.

* A case subsequently came before the court, in which the same question arose, and they refused to entertain the motion.